## VAN BRUNDT and others *against* THE CITY OF HARTFORD.

THIS case was, in all essential particulars, and in its principles, like the foregoing case, and received the same decision.